DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| 380PA11 | State v. Nicholas Brady Heien | Def's Motion to Strike State's Memorandum of Additional Authority (COA11-52) | Denied **12/12/12** |
|---|---|---|---|
| 381P11 | N.C. Department of Transportation v. Matthew J. Cromartie, Jr., Individually and as Co-Trustee of the Matthew and Annie Lee Cromartie Trust; Joyce Gooden; Alexander Cromartie and wife, Martha Cromartie; Margaret Cromartie; Bernard Bell; Francenia Cromartie Horne; and Known and Unknown Heirs | 1. Plaintiff-Appellant DOT's PDR Under N.C.G.S. § 7A-31 (COA10-709)<br><br>2. Defs' Motion to Dismiss<br><br>3. Defs' Motion Requesting Supreme Court to Order Trial Court to Allow Defs' to Continue with their Damages Case | 1. Denied<br><br>2. Dismissed as Moot<br><br>3. Dismissed as Moot |
| 381P12 | Dr. Janice Elizabeth Barron Rushing v. Dr. John I. Barron, Individually and as Co-Trustee of the Nelle W. Barron Revocable Trust Agreement; The Nelle W. Barron Amended Revocable Trust; William Ellis Barron, Individually and as Co-Trustee of the Nelle W. Barron Trust | 1. Plt's NOA Based Upon a Constitutional Question (COA11-1471)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion to Dismiss Appeal<br><br>4. Def's Motion to Strike Response to Motion to Dismiss<br><br>5. Plt's *Pro Se* Motion to Deem Response to Motion to Dismiss Timely Filed<br><br>6. Plt's *Pro Se* Motion for Additional Time to Obtain an Attorney to Reply in Full to Motion to Strike Response to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed<br><br>4. Dismissed as Moot<br><br>5. Allowed<br><br>6. Denied |
| 382P12 | State v. Chad Ethmond Braswell | 1. Def's NOA Based Upon a Constitutional Question (COA11-1366)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |